SHEARER, Respondent, v. ROTH et al., Ap-pellants. (Supreme Court, Appellate Division, Second Department. May 24, 1898.) Action by George B. Shearer against Alfred P. Roth and Frederick Engelhardt. No opinion. Order affirmed, without costs, upon condition that within 20 days the plaintiff execute and de-liver to the defendants a bond in the sum of $1,500, with sufficient sureties, to indemnify the defendants against any damage they may sustain by reason of the injunction. In case

of failure to give such bond within the time aforesaid, then the order is reversed, and the injunction vacated, with $10 costs and disbursements.